JACOBY HIRSCH, Respondent, Appellant, v. SCHWARTZ & COHN, INC., and LOUIS KROLICK, Respondents. HIGHWAY IMPROVEMENT AND REPAIR COMPANY, INC., Appellant, Respondent, and Another, Defendant.— Judgments and order affirmed, with costs in favor of plaintiff as against Highway Improvement and Repair Company, Inc., and with costs in favor of defendants Schwartz & Cohn, Inc., and Krolick as against plaintiff. The need for barriers to indicate the side limits of the ramp and the evidence relating thereto presented an issue of fact as to appealing defendant's negligence. Lazansky, P. J., Rich, Young and Carswell, JJ., concur; Hagarty, J., dissents upon the ground that there was no proof of negligence on the part of the appealing defendant.

REGINALD A. HOWARD and Others, Appellants, v. MONT D'OR, INC., Respondent.— Judgment modified by substituting the figures $35,000 for the figures $43,000 in the judgment, and as thus modified unanimously affirmed, without costs. No opinion. The modification is pursuant to stipulation of the parties. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

IRVING W. HURKIN, Appellant, v. JAS BUILDING CORPORATION and SAMUEL GUTERMAN, Respondents.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The defense of fraud, in so far as concerns the plaintiff's right of action to compel a release of his property from the liens of the underlying mortgages, was not made out upon the trial. This release was agreed upon when the property reached a certain stage of construction. That stage had been passed, and whether plaintiff is a bona fide purchaser or not, does not affect the obligation of the defendants to procure the release in question. The findings of fact and conclusion of law are reversed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

INTERSTATE PACKING CORPORATION, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.*— Judgment affirmed, with costs. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that defendant was denied a jury trial, and upon the further ground that upon the proof submitted by the plaintiff there was a question of fact for the jury.

In the Matter of the Petition of JOHN KLEIN to Prove the Last Will and Testament of JOHN ANTONSEN, Deceased. JOHN KLEIN, Executor Named in Last Will and Testament of JOHN ANTONSEN, Deceased, Appellant; ROSA FREDERIKSEN and Others, Respondents.— Decrees of the Surrogate's Court of Kings county, in so far as appealed from, and order, unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Probate of the Last Will and Testament of JOSEPH APROY, Deceased. ANNA LUDLAM, Appellant; CATHARINE J. APROY, Respondent.— Decree of the Surrogate's Court of Nassau county unanimously affirmed, with costs against appellant. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.